IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILIS COMPUTER, INC.,<br>a Delaware corporation,<br><br>          Plaintiff,<br><br>          v.<br><br>BLUELINE INTERNATIONAL, LLC,<br>an Ohio limited liability company,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-285-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS OR TRANSFER**

     Defendant BlueLine International, LLC, hereby moves, through its undersigned counsel, to dismiss or transfer the above-captioned action pursuant to (i) Fed. R. Civ. P. 12(b)(1), for lack of subject matter jurisdiction, (ii) Fed. R. Civ. P. 12(b)(2), for lack of personal jurisdiction over the defendant, (iii) Fed. R. Civ. P. 12(b)(3), for improper venue, and (4) 28 U.S.C. §1404(a).

     The grounds for this motion are set forth in the Opening Brief of Defendant Blueline International, LLC in Support of its Motion to Dismiss or Transfer**,** filed contemporaneously herewith.

Dated: July 5, 2007

                                                                              Respectfully submitted,

                                                                              /s/ David L. Finger
                                                                            David L. Finger (DE Bar ID #2556)
                                                                            Finger & Slanina, LLC
                                                                            One Commerce Center
                                                                             1201 Orange Street, Suite 725
                                                                             Wilmington, DE 19801-1155
                                                                             (302) 884-6766
                                                                             Attorney for defendant BlueLine International, LLC

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 5th day of July, 2007, I caused the foregoing document to be electronically filed with the Court via CM/ECF, which caused electronic notice thereof to be served on the below-listed counsel of record:

        Kevin W. Goldstein, Esq.
        Michael P. Migliore, Esq.
        Stradley Ronon Stevens & Young, LLP
        300 Delaware Avenue, Suite 800
        Wilmington, DE 19801

        /s/ David L. Finger
        David L. Finger (DE Bar ID #2556)
        Finger & Slanina, LLC
        One Commerce Center
        1201 Orange Street, Suite 725
        Wilmington, DE 19801-1155
        (302) 884-6766