

Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170
Telephone (302) 576-5850
Fax (302) 576-5858
www.stradley.com

Michael P. Migliore
(302) 576-5850
mmigliore@stradley.com

February 21, 2008

**VIA HAND-DELIVERY**

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 North King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

      Re:   *ILIS Computer, Inc. v. BlueLine International, LLC,*
              U.S.D.C. Del., C.A. No. 07-CV-285 (JJF)

Dear Judge Farnan:

      I write, as counsel for Plaintiff ILIS Computer, Inc., to advise the Court that the parties to this matter recently have reached a settlement in principal that will resolve all disputes as between the parties. The parties and counsel are currently drafting settlement documentation that we expect to be completed within the next couple of weeks. Upon the finalization of the settlement agreement, the parties will be filing a stipulation of dismissal with prejudice. I have conferred with Mr. Finger, counsel for Defendant BlueLine International, regarding this letter and I am submitting it on behalf of all parties.

                                Respectfully submitted,

                                Michael P. Migliore

cc:    David L. Finger, counsel for Defendant BlueLine International, LLC
        (Via electronic mail)