IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ILIS COMPUTER, INC., :
:
    Plaintiff, :
:
    v. : Civil Action NO. 07-285 JJF
:
BLUELINE INTERNATIONAL, LLC, :
:
    Defendant. :

### O R D E R

    WHEREAS, by letter, Counsel has informed the Court that the parties have reached an agreement to settle all of their disputes in the above-captioned case (D.I. 11);

    NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned case shall be administratively closed. Should settlement fail, the parties shall promptly notify the Court so that the case may be reopened and other appropriate action may be taken.

August 13, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE