IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILIS COMPUTER, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BlueLine International LLC,<br>an Ohio corporation,<br><br>Defendant. | :<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 07-CV-285 (JJF)<br>:<br>:<br>:<br>:<br>: |

### STIPULATED ORDER OF DISMISSAL AS BETWEEN
### ILIS COMPUTER, INC. AND BLUELINE INTERNATIONAL, LLC

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff ILIS Computer, Inc. ("ILIS") and defendant BlueLine International, LLC ("BlueLine"), pursuant to a Settlement Agreement and Mutual General Release between the parties, which is incorporated by reference herein, and pursuant to Fed. R. Civ. P. 41(a), subject to the approval of the Court, that all claims and counts alleged by and between ILIS and BlueLine in the above-captioned matter are hereby dismissed with *prejudice*. ILIS and BlueLine shall each bear their own respective costs and attorney fees.

| **Stradley Ronon Stevens<br>& Young, LLP** | **Finger & Slanina, LLC** |
|---|---|
| /S/ Kevin W. Goldstein | /S/ David L. Finger |
| Kevin W. Goldstein (Bar #2967)<br>Michael P. Migliore (Bar #4331)<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19809<br>Ph. (302) 576-5850<br>kgoldstein@stradley.com<br>mmigliore@stradley.com | David L. Finger (Bar #2556)<br>One Commerce Center, Suite 725<br>1201 N. Orange Street<br>Wilmington, DE 19801<br>Ph. (302) 884-6766<br>dfinger@delawgroup.com |
| Counsel for Plaintiff,<br>ILIS Computer Inc. | Counsel for Defendant,<br>BlueLine International, LLC |

B # 818889 v.1

B # 818889 v.1

**IT IS SO ORDERED** this ____ day of _____ 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court

**CERTIFICATE OF SERVICE**

I, Michael P. Migliore, certify that on this 15th day of August, 2008, I caused a true and correct copy of the *Stipulated Order of Dismissal as Between ILIS Computer, Inc. and BlueLine International, LLC* to be served electronically via the Court's CM/ECF system and via First Class U.S. Postage on:

David L. Finger, Esquire
One Commerce Center, Suite 725
1201 N. Orange Street
Wilmington, DE 19801

Dated: August 15, 2008

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Michael P. Migliore*
Michael P. Migliore (Bar #4331)
Kevin W. Goldstein (Bar #2967)
300 Delaware Avenue, Suite 800
Wilmington, DE 19809
Ph. (302) 576-5850
mmigliore@stradley.com
kgoldstein@stradley.com

Counsel for Plaintiff,
ILIS Computer Inc.

B # 823940 v.1