

Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170
Telephone (302) 576-5850
Fax (302) 576-5858
www.stradley.com

**Michael P. Migliore**
MMigliore@stradley.com
(302) 576-5874

August 18, 2008

United States District Court
    For the District of Delaware
Attn: The Honorable Joseph J. Farnan, Jr.
844 N. King Street
Wilmington, DE 19801

    Re:    <u>**ILIS Computer, Inc., v. BlueLine International LLC,**</u>
              <u>**Case No. 07-CV-285 (JJF)**</u>

Dear Judge Farnan:

    Enclosed please find a courtesy copy of the *Stipulated Order of Dismissal as between ILIS Computer, Inc. and BlueLine International LLC* that was filed with the Court on August 15, 2008 via the CM/ECF electronic filing system. On behalf of the parties, I respectfully request that the Court enter the proposed order at the Court's earliest convenience. Please do not hesitate to contact me if you need any further information regarding this matter. Thank you.

                              Respectfully Submitted,

                              *Michael P. Migliore*

                              Michael P. Migliore

MPM:kfs
Enclosures

cc:    David L. Finger, Esq. (via electronic mail)

Philadelphia, PA • Malvern, PA • Harrisburg, PA • Wilmington, DE • Cherry Hill, NJ • Washington, DC
A Pennsylvania Limited Liability Partnership
B # 824116 v.1