**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ILIS COMPUTER, INC., a Delaware corporation, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 07-CV-285 (JJF) |
| v. | : | |
| BlueLine International LLC, an Ohio corporation, | : | |
| Defendant. | : | |

**STIPULATED ORDER OF DISMISSAL AS BETWEEN**
**ILIS COMPUTER, INC. AND BLUELINE INTERNATIONAL, LLC**

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff ILIS Computer, Inc. ("ILIS") and defendant BlueLine International, LLC ("BlueLine"), pursuant to a Settlement Agreement and Mutual General Release between the parties, which is incorporated by reference herein, and pursuant to Fed. R. Civ. P. 41(a), subject to the approval of the Court, that all claims and counts alleged by and between ILIS and BlueLine in the above-captioned matter are hereby dismissed with *prejudice*. ILIS and BlueLine shall each bear their own respective costs and attorney fees.

**Stradley Ronon Stevens & Young, LLP**

/S/ Kevin W. Goldstein
Kevin W. Goldstein (Bar #2967)
Michael P. Migliore (Bar #4331)
300 Delaware Avenue, Suite 800
Wilmington, DE 19809
Ph. (302) 576-5850
kgoldstein@stradley.com
mmigliore@stradley.com

Counsel for Plaintiff,
ILIS Computer Inc.

**Finger & Slanina, LLC**

/S/ David L. Finger
David L. Finger (Bar #2556)
One Commerce Center, Suite 725
1201 N. Orange Street
Wilmington, DE 19801
Ph. (302) 884-6766
dfinger@delawgroup.com

Counsel for Defendant,
BlueLine International, LLC

**IT IS SO ORDERED** this 25 day of August 2008.

The Honorable Joseph J. Farnan, Jr.
United States District Court